IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARY OWENS, by and through
LINDA BLUE her next friend for
the use and benefit of MARY OWENS                                            PLAINTIFF

CIVIL ACTION NO. 3:05cv237WHB-JCS

SOUTHERN HEALTHCARE SERVICES, INC.
D/B/A WILLOW CREEK RETIREMENT CENTER;
TOMMIE CARR; JOHN DOES 1 THROUGH 10; and
UNIDENTIFIED ENTITIES 1 THROUGH 10
(as to Willow Creek Retirement Center)                                      DEFENDANTS

## ORDER TO DISMISS WITHOUT PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the motion of the Plaintiff to dismiss this matter without prejudice and the Court having considered same finds that this matter should be and is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED by the Court, on this the 23rd day of October, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

Prepared by:

Brad M. Williams (MSB # 100918)
GRENFELL, SLEDGE AND STEVENS, PLLC
Post Office Box 16570
Jackson, Mississippi 39236-6570
Telephone: 601-366-1900